**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:LDM
F. #2024R00292

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 2, 2026

By ECF
The Honorable Nusrat J. Choudhury
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Vincent Camarda
Criminal Docket No. 26-51 (NJC)

Dear Judge Choudhury:

Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Vincent Camarda, has agreed to in connection with his guilty plea accepted by Your Honor on April 3, 2026. The government respectfully requests that the Court "so order" and enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Laura D. Mantell
Laura D. Mantell
Assistant U.S. Attorney
(718) 254-6253

Encl.: Order of Forfeiture
cc: Counsel of Record (by ECF)